# Frankfurt Kurnit Klein + Selz PC

**Toby Butterfield**

488 Madison Avenue, New York, New York 10022

T (212) 826 5567    F (347) 438 2135

tbutterfield@fkks.com

August 13, 2014

**VIA ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Soundbrush Records LLC v. Leafnotes, Inc. et al.*
             Case No. 1:14-cv-1788 (DLI) (LB)

Dear Judge Bloom:

      I write on behalf of Plaintiff Soundbrush Records LLC ("Soundbrush") to request an adjournment of the initial pre-trial conference in the above-captioned matter from August 20, 2014 at 3:00 p.m. to September 3, 2014. As a result of business travel scheduled before this Court's July 17 Order, I am unable to attend an initial conference on the originally scheduled date. There have been no prior requests for adjournment of the conference, and counsel for defendants consents to this request.

                        Respectfully submitted,

                        Toby M. J. Butterfield, Esq.

cc:    Mary Sotis, Esq.
        Rachel Kronman, Esq.
        Andrew Jacobs, Esq.